450 A.2d 200

Commonwealth v. Wadley, Appellant.

Submitted November 9, 1981. John H. Corbett, Jr., for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before BECK, JOHNSON and POPOVICH, JJ.

The judgment of sentence is affirmed.